**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ECONOMY STONE MIDSTREAM**
**FUEL, LLC, et al.**                                                                           **PLAINTIFFS**

**V.**                                              **CIVIL ACTION NO. 4:08-CV-127-SA-DAS**

**M/V A.M. THOMPSON, et al.**                                                          **DEFENDANTS**

## ORDER

Pursuant to an opinion to be issued this day, Economy Stone's Motion for Default Judgment and Judicial Sale [115] is **DENIED AS MOOT**, and Business First's Motion for Partial Summary Judgment [124] is **GRANTED**.

So ordered on this the 27th day of August, 2009.

                                                   **/s/ Sharion Aycock**
                                                 **UNITED STATES DISTRICT JUDGE**