IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ECONOMY STONE MIDSTREAM**
**FUEL, LLC, et al.**                                                                          **PLAINTIFFS**

**V.**                                                          **CIVIL ACTION NO. 4:08-CV-127-SA-DAS**

**M/V A.M. THOMPSON, et al.**                                                                **DEFENDANTS**

## ORDER OF JUDGMENT

Pursuant to an opinion to be issued this day, Ergon Marine & Industrial Supply, Inc.'s Motion for Default Judgment [110] is **GRANTED IN PART**.

The Court enters a default judgment against Defendants Eagle Marine Towing, Inc., and Alan J. Fein. The Court declines to consider Ergon's Motion for Default Judgment as it applies to Defendant James S. Coleman until resolution of Coleman's pending motion.

The Court enters a judgment against both Eagle Marine Towing, Inc. and Alan J. Fein for the following damages:

1. $515,146.92 for the primary debt underlying this matter;
2. $47,760.93 pre-judgment interest; and
3. post-judgment interest to be calculated at the rate of 0.38% per annum.

Additionally, the Court enters judgment against Defendant Alan J. Fein for an amount of attorney's fees, costs, and expenses to be determined at a later date. Ergon shall file a supplemental brief, as explained in the Memorandum Opinion accompanying this Order, within ten (10) days of the entry of this Order.

So ordered on this the 13th day of October, 2009.

                                                                **/s/ Sharion Aycock**
                                                                **UNITED STATES DISTRICT JUDGE**