**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ECONOMY STONE MIDSTREAM**
**FUEL, LLC, et al.**                                                                                      **PLAINTIFFS**

**V.**                                                                       **CIVIL ACTION NO. 4:08-CV-127-SA-DAS**

**M/V A.M. THOMPSON, et al.**                                                                         **DEFENDANTS**

## ORDER OF JUDGMENT

On October 13, 2009, this Court entered a judgment against Eagle Marine Towing, Inc. and Alan J. Fein for the following damages:

1. $515,146.92 for the primary debt underlying this matter;

2. $47,760.93 pre-judgment interest; and

3. post-judgment interest to be calculated at the rate of 0.38% per annum.

The Court also entered judgment against Defendant Alan J. Fein for an amount of attorneys' fees, costs, and expenses to be determined at a later date and ordered Ergon to file a supplemental brief on the issue.

Having considered Ergon's supplemental briefing, and in accordance with the Court's Memorandum Opinion of October 13, 2009, the Court now amends its earlier order and enters an additional judgment against Alan J. Fein for $94,171.21 in expenses, costs, and attorneys' fees.

So ordered on this the 28th day of October, 2009.

                                                                                **/s/ Sharion Aycock**
                                                                                **UNITED STATES DISTRICT JUDGE**