# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ECONOMY STONE MIDSTREAM**
**FUEL, LLC, et al.**                                                                      **PLAINTIFFS**

**V.**                 **CIVIL ACTION NO. 4:08-CV-127-SA-DAS**

**M/V A.M. THOMPSON, et al.**                                                     **DEFENDANTS**

## ORDER OF JUDGMENT

Pursuant to an opinion to be issued this day, Defendant James Coleman's Motion to Contest Ergon's Request for a Default Judgment and to Request Dismissal of Coleman from this action [132] is **DENIED**, and Ergon Marine & Industrial Supply, Inc.'s Motion for Default Judgment [110] is **GRANTED** as to Defendant James Coleman.

The Court enters a judgment against Defendant James Coleman for the following damages:

1. $515,146.92 for the primary debt underlying this matter, for which Defendant Coleman is jointly and severally liable with Defendants Eagle Marine and Fein;

2. $47,760.93 of pre-judgment interest, for which Defendant Coleman is jointly and severally liable with Defendants Eagle Marine and Fein;

3. $5,758.41 of pre-judgment interest, for which Defendant Coleman is solely liable;

4. $94,171.21 of expenses, costs, and attorneys' fees, for which Defendant Coleman is jointly and severally liable with Defendant Fein;

5. post-judgment interest on the $5,758.41 of prejudgment interest for which Defendant Coleman is solely liable at the rate of 0.27% per annum; and

6. post-judgment interest on all other damages to be calculated at the rate of

0.38% per annum.

So ordered on this the 3rd day of December, 2009.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**